UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **GERARDO AGUIRRE,** | Case No. CV 10-7126-JVS(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| **L.S. McEWEN, Warden,** | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: June 1, 2012

_____
James V. Selna
United States District Judge